No. 927. GRANELLO, AKA BURNS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Irving Anolik* and *Michael P. Direnzo* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John P. Burke* for the United States.

No. 941. CROSS ET AL. *v.* THE KAIMANA ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted. *Richard Ernst* and *John Paul Jennings* for petitioners. *John Hays* for Pacific Far East Line, Inc., on behalf of S. S. *Kaimana* et al., and *Solicitor General Griswold* for the United States on behalf of S. S. *Coast Progress,* respondents.

No. 490, Misc. SOYKA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 507, Misc. TOLSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 553, Misc. ROACH *v.* MAULDIN, SHERIFF, ET AL. C. A. 5th Cir. Certiorari denied. *L. Hugh Kemp* for petitioner. *Arthur K. Bolton,* Attorney General of Georgia, and *Marion O. Gordon* and *Mathew Robins,* Assistant Attorneys General, for respondents.